NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RENE CRUZ,                                )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-4885
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Glades
County; Jack Lundy, Acting Circuit Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.